An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHY CARLENE STEELE,
                Appellant,
    vs.
U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE
SUCCESSOR IN INTEREST TO BANK
OF AMERICA, NATIONAL
ASSOICATION AS TRUSTEE AS
SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL
ASSOCIATION AS TRUSTEE FOR EMC
MORTGAGE LOAN TRUST 2005-A,
MORTGAGE LOAN PASS-THROUGH
CERTIFICATE, SERIES 2005-A,
                Respondent.

No. 67996

**FILED**

JUN 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order of the district court indicating the court's inclination to grant a motion filed by respondents to correct a clerical error in the judgment, which is already on appeal in this court in *Steele v. U.S. National Bank*, Docket No. 67241. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding in pro se.

Our review of the documents before this court reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See* NRPA 3A(b); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order indicating the district court's inclination to enter an amended judgment to correct a clerical error.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18210

Accordingly, we conclude that we lack jurisdiction and we dismiss this appeal.

It is so ORDERED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Janet J. Berry, District Judge
      Kathy Carlene Steele
      Tiffany & Bosco, P. A.
      Washoe District Court Clerk

---

[1]In light of our order, we deny as moot respondent's motion for consolidation and dismissal.